UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ) <br> ROBERT A. FRY, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GUIDANT CORPORATION, ) <br> its predecessor Cardiac Pacemakers, Inc., ) <br> a division of Eli Lilly and Company, ) <br> MEDTRONIC, INC., and unknown ) <br> entities and individuals, ) <br> ) <br>     Defendants. ) <br> ) <br> AND ) <br> ) <br> STATE OF TENNESSEE, CALIFORNIA ) <br> And FLORIDA *ex rel.* ROBERT A. FRY, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GUIDANT CORPORATION, ) <br> its predecessor Cardiac Pacemakers, Inc., ) <br> a division of Eli Lilly and Company, and ) <br> unknown entities and individuals, ) <br> ) <br>     Defendants. ) | Civil Action No. 3:03-0842 <br> JUDGE TRAUGER |

**O R D E R**

For the reasons expressed in the accompanying Memorandum, it is hereby **ORDERED** that

the Motion to Dismiss filed by defendant Medtronic, Inc. (Docket No. 73) is **GRANTED**, and all

1

claims against Medtronic are **DISMISSED**. The Motion to Dismiss filed by defendant Guidant Corporation (Docket No. 40) is **DENIED**. The plaintiffs' Motion for Leave to File a Second Amended Complaint (Docket No. 78) is **GRANTED IN PART** and **DENIED IN PART**. It is hereby **ORDERED** that the Second Amended Complaint, as allowed, shall be filed within ten (10) days of the entry of this Order.

It is so **ORDERED**.

Enter this 25th day of April 2006.

ALETA A. TRAUGER
U.S. District Judge