# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATES OF TENNESSEE, CALIFORNIA and FLORIDA *ex rel.* ROBERT A. FRY, | ) ) ) No. 3-03-0842 ) Judge Trauger |
| **Plaintiff-Relator,** | ) |
| v. | ) ) |
| GUIDANT CORPORATION, its predecessor Cardiac Pacemakers, Inc., a division of Eli Lilly and Company, and unknown entities and individuals, | ) ) ) ) |
| **Defendants.** | ) ) |

## UNITED STATES' MOTION FOR LEAVE TO FILE DOCUMENTATION UNDER SEAL

Comes now the United States of America, by and through the United States Attorney for the Middle District of Tennessee, and request this Court to File documentation under seal.

Respectfully submitted,

JAMES K. VINES
United States Attorney for the
Middle District of Tennessee

By: /s/ Michael L. Roden
MICHAEL L. RODEN
B.P.R. # 010595
Office of the United States Attorney
110 Ninth Avenue, S, Suite A961
Nashville, TN 37203-3870
Phone: (615) 736-5151
michael.roden@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by United States mail, electronic delivery, and/or other proper means of service, on the following addressees:

| | |
|---|---|
| Richard A. Fisher, Esq.<br>Richard Fisher Law Office<br>1510 Stuart Rd., N.E., Suite 210<br>Cleveland, TN 37312<br>Phone: 423 479 7009 | Mona Lisa Wallace, Esq.<br>John S. Hughes, Esq.<br>Wallace and Graham, P.A.<br>525 North Main Street<br>Salisbury, NC 28145<br>Richardfisher4@cs.com  Fax: 423 479 8282<br><br>Phone: 800 849 5291<br>mwallace@wallacegraham.com<br>jhughes@wallacegraham.com |
| Theodore J. Leopold, Esq.<br>Ricci Leopold, PA<br>2925 PGA Blvd., Suite 200<br>Palm Beach Gardens, FL 33410<br>Phone: 561 684 6500<br>Fax: 561 697 2383 | Mary Parker, Esq.<br>Stephen Crofford, Esq.<br>Parker & Crofford<br>1230 2nd Avenue, South<br>Nashville, TN 37210<br>Phone: 615 244 2445<br>Fax: 615 255 6037<br>mparkerlaw@aol.com<br>stephencrofford@msn.com |

| | |
|---|---|
| Michael Kevin Bassham<br>Peter M. Coughlan<br>Jeremy E. Pyper<br>Tennessee Attorney General's Office<br>P O Box 20207<br>Nashville, TN 37202<br>Phone: 615 741 3491<br>michael.bassham@state.tn.us<br>peter.coughlan@state.tn.us | R. Kevin Fisher, Esq.<br>Fisher & Krekorian<br>225 Santa Monica Boulevard<br>12th Floor<br>Santa Monica, CA 90401 |
| Suzanne B. Giorgi<br>Attorney General's Office<br>Bureau of Medi-Cal Fraud & Elder Abuse<br>1425 River Park Drive -- Suite 300<br>Sacramento, CA 95815<br>Phone: 916 263 0840 | Mary S. Miller<br>Office of the Attorney General<br>Medicaid Fraud Control Unit<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050<br>Phone: 850 414 3600 |
| Therese M. Goldsmith<br>Stephen J. Immelt | James Galloway Thomas<br>Neal & Harwell |

| | |
|---|---|
| Hogan & Hartson, LLP<br>111 South Calvert Street -- Suite 1600<br>Baltimore, MD 21202<br>Phone: 410 659 2700<br>Fax: 410 539 6981<br>tmgoldsmith@hhlaw.com<br>sjimmelt@hhlaw.com<br>*Counsel for Medtronic* | 150 Fourth Avenue, N<br>2000 First Union Tower<br>Nashville, TN 37219-2498<br>Phone: 615 244 1713<br>Fax: 615 726 0573<br>jthomas@nealharwell.com<br>*Counsel for Medtronic* |
| Evangeline G. Paschal<br>John M. Dowd<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>1333 New Hampshire Avenue, NW<br>Suite 400<br>Washington, DC 20036<br>Phone: 202 887 4000<br>Fax: 202 887 4288<br>epaschal@akingump.com<br>jdowd@akingump.com<br>*Counsel for Guidant* | Jennifer L. Weaver<br>Waller, Lansden, Dortch & Davis<br>511 Union Street<br>Suite 2100<br>Nashville, TN 37219<br>Phone: 615 244 6380<br>Fax: 615 244 6380<br>jennifer.weaver@wallerlaw.com<br>*Counsel for Guidant* |

This the 4th day of August, 2006.

        s/ Michael L. Roden_____
        MICHAEL L. RODEN