## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and | ) | |
| STATES OF CALIFORNIA and FLORIDA | ) | |
| *ex rel.* ROBERT A. FRY | ) | |
| | ) | |
| Plaintiff-Relator, | ) | Case No. 3:03-0842 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| GUIDANT CORPORATION, its predecessor | ) | |
| Cardiac Pacemakers, Inc., a division of Eli Lilly | ) | |
| and Company, and unknown entities and | ) | |
| individuals, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss

filed by defendant Guidant Corporation (Docket No. 96), will be **DENIED**, the Motion to

Authorize Disclosure filed by the relator (Docket No. 106), will be **GRANTED**, the Motion to

Strike the United States' Notice of Pending Reconsideration filed by defendant Guidant

Corporation (Docket No. 108), will be **DENIED**, the Motion to Strike Documents Filed Under

Seal filed by defendant Guidant Corporation (Docket No. 116), will be **DENIED**, and the

Motion to Strike the Relator's Omnibus Brief filed by defendant Guidant Corporation (Docket

No. 119), will be **DENIED**.

It is so ordered.

Enter this 13th day of September 2006.

ALETA A. TRAUGER
United States District Judge