IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT A. FRY, <br><br> Plaintiffs, <br><br> v. <br><br> GUIDANT CORPORATION, its predecessor Cardiac Pacemakers, Inc., a division of Eli Lilly and Company, <br><br> Defendant. | Civil Action:3:03-0842 <br> Hon. Aleta Trauger <br> Magistrate Judge Bryant |

**ORDER**

Upon consideration of the parties' Joint Motion, it is hereby ORDERED that the discovery stay previously ordered (Dkt. No. 378) is continued until August 3, 2009, during the pendency of which no party may file any new discovery motions or any additional submissions in support of or opposing pending discovery motions.

It is further ORDERED that the Case Management Order issued by the Court on December 29, 2006 (Dkt. No. 167), as amended on November 21, 2007 (Dkt. No. 222), February 25, 2008 (Dkt. No. 254), August 21, 2008 (Dkt. No. 299), January 29, 2009 (Dkt. No. 363), March 23, 2009 (Dkt. No. 375) and May 29, 2009 (Dkt. No. 378) is revised as follows:

| | |
|---|---|
| July 30, 2009 | Plaintiffs will identify for Guidant the additional depositions they intend to notice |
| July 30, 2009 | Parties to Jointly Report to Court Regarding Progress of settlement negotiations |

| | |
|---|---|
| August 3, 2009 | Stay Concludes Absent Further Action by Court; Depositions may be taken on ten days notice. |
| October 30, 2009 | Close of Deposition Discovery |
| December 4, 2009 | Plaintiffs' Expert Reports Due |
| December 22, 2009 | Completion of Plaintiffs' Experts' Depositions |
| January 22, 2010 | Defendant's Expert Reports Due |
| February 12, 2010 | Completion of Defendant's Experts' Depositions |
| March 5, 2010 | Plaintiffs' Rebuttal Expert Report Due (if any) |
| March 19, 2010 | Completion of Plaintiffs' Rebuttal Expert's Depositions (if any) |
| April 19, 2010 | Dispositive Motions Due |

IT IS SO ORDERED

_____
HON. ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE