# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROBERT A. FRY, *et al.*, </br></br>Plaintiffs, </br></br>v. </br></br>GUIDANT CORPORATION, CARDIAC PACEMAKERS, INC., a division of Eli Lilly and Company, and GUIDANT SALES CORPORATION, *et al.*, </br></br>Defendants. | Civil Action No. 3:03-0842 </br>Judge Trauger </br>Magistrate Judge Bryant |

## **O R D E R**

A status conference was held with counsel for the parties on September 3, 2009. The stay of discovery in this case was lifted as of August 3, 2009.

It is hereby **ORDERED** that, by September 17, 2009, the parties shall file a joint mediation report that informs the court of the mediator selected and the date on which the mediation will begin. If the parties select a mediator who is not on the court's panel, a joint motion for approval of the selected mediator shall be filed on or before September 17, 2009.

The plaintiffs will bear fifty percent of the cost of the mediation, and the defendants will bear fifty percent of the cost of the mediation.

It is so **ORDERED**.

Enter this 3rd day of September 2009.

_____
ALETA A. TRAUGER
U.S. District Judge