IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>ROBERT A. FRY,<br><br>    Plaintiffs,<br><br>v.<br><br>GUIDANT CORPORATION, its predecessor Cardiac Pacemakers, Inc., a division of Eli Lilly and Company,<br><br>    Defendant. | Civil Action: 3:03-0842<br>Hon. Aleta Trauger<br>Magistrate Judge Bryant |

## [PROPOSED] ORDER

Upon consideration of the parties' *Joint mediation Report*, and pursuant to Local Rule 16.02, the Court appoints Harold Himmelman to serve as a mediator in this matter. The Court further ORDERS, as previously set forth in the Court's September 3, 2009 Order (Docket No. 389) that the Plaintiffs will bear fifty percent of the costs of the mediation, and Defendant will bear fifty percent of the costs of mediation.

IT IS SO ORDERED.

Entered this 18th day of September, 2009.

                                                   ALETA A. TRAUGER
                                                 UNITED STATES DISTRICT JUDGE