IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>ROBERT A. FRY,<br><br>    Plaintiffs,<br><br>v.<br><br>GUIDANT CORPORATION, its predecessor<br>Cardiac Pacemakers, Inc., a division of<br>Eli Lilly and Company,<br><br>    Defendant. | Civil Action:3:03-0842<br>Hon. Aleta Trauger<br>Magistrate Judge Bryant |

**ORDER**

Upon consideration of the parties' Status Report, it is hereby ORDERED that the parties are to report to the Court on the status of a final settlement agreement no later than April 29, 2011.

IT IS SO ORDERED

_____
HON. ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE